UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**SUMMONS IN A CIVIL ACTION**

UNITED STATES OF AMERICA
C/O FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003

Case Number:_____

Plaintiff,

v.

FREDERICK S. FOX

Defendant(s).

TO:   FREDERICK S. FOX
      1205 TEANECK ROAD
      TEANECK, NJ 07666
      SSN - 1117/YEAR OF BIRTH - 1970

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003

*An answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.*

WILLIAM T. WALSH                    *United States District Court*
CLERK OF THE COURT                  *for the District of New Jersey*

Date: _____             _____
                                    Deputy Clerk